UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BONUELOS,<br><br>            Plaintiff,<br><br>     v.<br><br>HANFORD ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>            Defendants. | No.  1:19-cv-01764-NONE-SKO<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 7) |

      Plaintiff, proceeding pro se and in forma pauperis, filed this case on December 19, 2019. (Doc. 1.) The Court screened Plaintiff's complaint on March 30, 2020 and allowed Plaintiff twenty-eight days from the date of service of the Court's screening order to file an amended complaint. (Doc. 5.) On April 8, 2020, the Court's screening order was returned as undeliverable to Plaintiff's listed address, and Plaintiff filed a notice of change of address on April 10, 2020, changing his address to: "H1003990, Atascadero State Hospital, P.O. Box 7001, 10333 El Camino Real, Atascadero, CA 93423-7001." (*See* Doc. 6.)

      The Clerk re-served the order on Plaintiff on April 13, 2020; thus, Plaintiff's deadline to file an amended complaint is May 11, 2020.  On April 27, 2020, Plaintiff filed a motion for a fourteen-

day extension of time in which to file his amended complaint, stating that he is unable to comply with the current deadline due to delays in mailing.  (*See* Doc. 7.)

Due to Plaintiff's pro se and incarcerated status, the Court finds good cause and will allow Plaintiff an extension of time to file his amended complaint.

Accordingly, IT IS ORDERED:

1. Plaintiff's motion for an extension of time, (Doc. 7), is GRANTED.

2. Plaintiff SHALL file an amended complaint or a notice of voluntary dismissal by no later than **May 25, 2020.**

IT IS SO ORDERED.

Dated:   **May 1, 2020**                                       /s/ *Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE