UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT BONUELOS, | No. 1:19-cv-01764-NONE-SKO |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| HANFORD ELEMENTARY SCHOOL DISTRICT, et al., | (Doc. No. 10) |
| Defendants. | |

On December 19, 2019, Plaintiff Robert Bonuelos, proceeding pro se, filed the complaint in this case against Defendants. (Doc. No. 1.) Plaintiff also filed a motion to proceed *in forma pauperis*, which was granted on December 23, 2019. (Doc. Nos. 2 & 3.)

On March 30, 2020, the assigned magistrate judge issued a screening order finding that plaintiff's complaint failed to state any cognizable claims and granting leave until April 27, 2020, for plaintiff to file an amended complaint. (Doc. No. 5.) Plaintiff filed a request for an extension of time to file his amended complaint, and the court granted the request and allowed plaintiff until May 25, 2020, to file his amended complaint. (Doc. Nos. 7 & 8.) Plaintiff failed to file an amended complaint or otherwise respond to the court's screening order.

On July 1, 2020, an order issued for plaintiff to show cause ("OSC") within twenty-one days why the action should not be dismissed for his failure to comply with the court's March 30, 2020 screening order. (Doc. No. 9.) When served at plaintiff's address of record, the OSC was

returned as undeliverable on July 10, 2020.  Local Rule 183(b) provides that:

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address.  If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

L.R. 183(b).  More than sixty-three days lapsed since the OSC was returned as undeliverable and plaintiff did not contact the court to request an extension or to otherwise explain any circumstances that may be preventing him from complying with the OSC.

On September 24, 2020, the assigned magistrate judge issued findings and recommended that the case be dismissed with prejudice for failing to comply with the court's orders and for failure to prosecute this action.  (Doc. No. 10.)  Plaintiff was granted twenty-one (21) days in which to file objections to the findings and recommendation.  (*Id.*)  The order was returned as undeliverable (*see* Docket) and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the findings and recommendation are supported by the record and proper analysis.

### ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation issued September 24, 2020 (Doc. No. 10), are ADOPTED IN FULL;
2. This action is DISMISSED WITH PREJUDICE based on Plaintiff's failure to obey a court order, this court's local rules, and failure to prosecute this action; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 17, 2020**         /s/ Dale A. Drozd
                                       UNITED STATES DISTRICT JUDGE